**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **WEARABLE COMPUTING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AP GLOBAL INC.,**<br><br>Defendant. | **Civil Action No. 2:16-cv-921- RWS**<br><br>**JURY TRIAL DEMANDED** |

## <u>FINAL JUDGMENT</u>

Pursuant to Plaintiff Wearable Computing LLC's Motion to Dismiss Without Prejudice before an answer or motion for summary judgment has been filed by Defendant AP Global, Inc., and the Court's Order of Dismissal of Defendant AP Global, Inc. Without Prejudice, the Court hereby enters FINAL JUDGMENT in the above-captioned case.

All pending motions are hereby DENIED as moot.

The Clerk of the Court is directed to close this case.

**SIGNED this 12th day of October, 2016.**

_Robert W Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE